JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLUEGEM SECURITY INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRUSTEER INC.; TRUSTEER LTD.; BANK OF AMERICA N.A.; COMPASS BANK; EBAY INC.; FARMERS & MERCHANTS BANK OF CENTRAL CALIFORNIA; PAYPAL INC.; MURIEL SIEBERT & CO. INC.; and TORREY PINES BANK,<br><br>　　　　　Defendants. | Case No. 2:11-cv-02682-RSWL-JCG<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Ctrm: 21, 5th Floor<br>Judge: Honorable Ronald S.W. Lew |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Before this Court is Plaintiff BLUEGEM SECURITY INC. and Defendants BANK OF AMERICA N.A., COMPASS BANK, EBAY INC., MURIEL SIEBERT & CO. INC., PAYPAL INC., TORREY PINES BANK, TRUSTEER INC., and TRUSTEER LTD.'s Stipulated Motion to Dismiss ("Motion").

Having considered the Motion, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that the case shall be dismissed with prejudice and with each party bearing its own fees and costs.  This Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

**IT IS SO ORDERED; LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  4-17-2013

RONALD S.W. LEW
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

1
ORDER GRANTING STIPULATED MOTION TO DISMISS
CASE NO. 2:11-CV-02682-RSWL-JCG